B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br><br>_____Northern_____ District of _____Illinois_____ | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>A.D. Conner, Inc. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):   36-3199798 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>160 S. LaGrange Rd.,<br>Frankfort, IL 60423<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Will, 60423                                                                ZIP CODE | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7       ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>See Attached | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)                                                                                      COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) – Page 2                                      Name of Debtor_____A.D. Conner, Inc._____

                                                                           Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Jack Witt                    Administrator | x /s/ Pat Ryan                          8/9/11 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Local 705 I.B. of T. Pension Fund        8/9/11 | Baum Sigman Auerbach & Neuman, Ltd. |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Jack Witt, Administrator, 1645 W. Jackson Blvd., 7th Floor, Chicago, IL 60612 | Address: 200 W. Adams Street, Suite 2200, Chicago, IL 60606  Telephone No. (312) 236-4316 |
| x /s/ Jack Witt                    Administrator | x /s/ Pat Ryan                          8/9/11 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Local 705 I.B. of T. Health and Welfare    8/9/11 | Baum Sigman Auerbach & Neuman, Ltd. |
| Name of Petitioner                   Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Jack Witt, Administrator, 1645 W. Jackson Blvd., 7th Floor, Chicago, IL 60612 | Address: 200 W. Adams Street, Suite 2200, Chicago, IL 60606  Telephone No. (312) 236-4316 |
| x_____ Fund Manager | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Teamsters Union Local No. 142 Pension Trust Fund | Terrell and Thrall, LLP |
| Name of Petitioner               Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: Jay R. Smith, Fund Manager, 1300 Clark Road, Gary, IN 46404 | Address: 1158 W. Lincolnway Suite One, Valparaiso, IN 46385  Telephone No. (219) 465-1766 |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner: Local 705 International Brotherhood of Teamsters Pension Fund, 1645 W. Jackson Blvd., 7th Fl., Chicago, 60612 | Nature of Claim  Delinquent Fringe Benefits | Amount of Claim  In excess of $545,273.00 |
| Name and Address of Petitioner: Local 705 International Brotherhood of Teamsters Health and Welfare Fund, 1645 W. Jackson Blvd., 7th Fl., 6061 | Nature of Claim  Delinquent Fringe Benefits | Amount of Claim  In excess of $394,080.00 |
| Name and Address of Petitioner: Teamsters Union Local No. 142 Pension Trust Fund, 1300 Clark Rd., Gary, IN 46404 | Nature of Claim  Delinquent Fringe Benefits | Amount of Claim  In excess of $101,950.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor: A.D. Conner, Inc.

Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____ Administrator<br>Signature of Petitioner or Representative (State title)<br>Local 705 I.B. of T. Pension Fund<br>Name of Petitioner           Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Jack Witt, Administrator<br>1645 W. Jackson Blvd., 7th Floor<br>Chicago, IL 60612 | x_____<br>Signature of Attorney           Date<br>Baum Sigman Auerbach & Neuman, Ltd.<br>Name of Attorney Firm (If any)<br>Address<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606<br><br>Telephone No. (312) 236-4316 |
| x_____ Administrator<br>Signature of Petitioner or Representative (State title)<br>Local 705 I.B. of T. Health and Welfare<br>Name of Petitioner           Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Jack Witt, Administrator<br>1645 W. Jackson Blvd., 7th Floor<br>Chicago, IL 60612 | x_____<br>Signature of Attorney           Date<br>Baum Sigman Auerbach & Neuman, Ltd.<br>Name of Attorney Firm (If any)<br>Address<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606<br><br>Telephone No. (312) 236-4316 |
| x_/s/ Jay R. Smith_____ Fund Manager<br>Signature of Petitioner or Representative (State title)<br>Teamsters Union Local No. 142 Pension Trust Fund    8/10/11<br>Name of Petitioner           Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Jay R. Smith, Fund Manager<br>1300 Clark Road<br>Gary, IN 46404 | x_/s/ Terrence A. Mason_____<br>Signature of Attorney           Date 8/10/11<br>Terrell and Thrall, LLP<br>Name of Attorney Firm (If any)<br>Address<br>1158 W. Lincolnway Suite One<br>Valparaiso, IN 46385<br><br>Telephone No. (219) 465-1766 |

### PETITIONING CREDITORS

| | Nature of Claim | Amount of Claim |
|---|---|---|
| Name and Address of Petitioner: Local 705 International Brotherhood of Teamsters Pension Fund, 1645 W. Jackson Blvd., 7th Fl., Chicago, 60612 | Delinquent Fringe Benefits | In excess of $545,273.00 |
| Name and Address of Petitioner: Local 705 International Brotherhood of Teamsters Health and Welfare Fund, 1645 W. Jackson Blvd., 7th Fl., 6061 | Delinquent Fringe Benefits | In excess of $394,080.00 |
| Name and Address of Petitioner: Teamsters Union Local No. 142 Pension Trust Fund, 1300 Clark Rd., Gary, IN 46404 | Delinquent Fringe Benefits | In excess of $101,950.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims

_____ continuation sheets attached

**Pending Bankruptcy Cases filed by or against affiliates of A.D. Conner, Inc.**

| | |
|---|---|
| Name of Debtor: | The William J. McEnery Revocable Trust Dated April 22, 1993 |
| Case No.: | 10-47895 (jointly administered with 10-47879) |
| Date Filed: | October 26, 2010 |
| Relationship: | A.D. Conner, Inc., is wholly owned by the William J. McEnery Revocable Trust Dated April 22, 1993 |
| District: | Northern District of Illinois, Eastern Division |
| Judge: | Eugene R. Wedoff |

| | |
|---|---|
| Name of Debtor: | Gas City, Ltd. |
| Case No.: | 10-47879 |
| Date Filed: | October 26, 2010 |
| Relationship: | A.D. Conner, Inc., is a sister company of Gas City, Ltd, both of which are wholly owned by the William J. McEnery Revocable Trust Dated April 22, 1993 |
| District: | Northern District of Illinois, Eastern Division |
| Judge: | Eugene R. Wedoff |

| | |
|---|---|
| Name of Debtor: | William J. McEnery |
| Case No.: | 11-25934 |
| Date Filed: | June 21, 2011 |
| Relationship: | William J. McEnery is the sole Trustee and Beneficiary of the William J. McEnery Revocable Trust Dated April 22, 1993, which owns A.D. Conner, Inc. |
| District: | Northern District of Illinois, Eastern Division |
| Judge: | Eugene R. Wedoff |